Glenn R. Kantor – SBN 122643
 E-mail:  gkantor@kantorlaw.net
Corinne Chandler - SBN 111423
 E-mail: cchandler@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

Attorneys for Plaintiff,
Veronica Zamora

MELISSA M. COWAN - SBN 175326
E-mail:  mcowan@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA  90071-2953
Telephone: (213) 236-0600
Facsimile: (213) 236-2700

Attorneys for Defendant
Life Insurance Company of North America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA ZAMORA,<br><br>  Plaintiff,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>  Defendants. | CASE NO:  1:17-cv-00544 DAD JLT<br><br>[~~PROPOSED~~] ORDER SCHEDULING SETTLEMENT CONFERENCE AND CONTINUING CASE MANAGEMENT CONFERENCE<br>(Doc. 10) |

The Court, having considered the parties' Stipulation to schedule a Settlement Conference, and good cause appearing therefor, **ORDERS**:

1. A Settlement Conference shall be scheduled for July 18, 2017 at 9:30 a.m.;

1

2. The Case Management Conference previously scheduled for July 10, 2017 is continued to July 18, 2017 at 9:30 a.m.;

3. The parties SHALL file their joint mandatory scheduling conference report no later than July 11, 2017.

IT IS SO ORDERED.

Dated: __**June 8, 2017**__                             __**/s/ Jennifer L. Thurston**__
                                                                        UNITED STATES MAGISTRATE JUDGE

KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525