1

2

3

4

5

6

7

8                                **UNITED STATES DISTRICT COURT**

9                               **EASTERN DISTRICT OF CALIFORNIA**

10

11   VERONICA ZAMORA,                          )   Case No.: 1:17-cv-00544 DAD JLT
                                                )
12                Plaintiff,                     )   ORDER RE SETTLEMENT CONFERENCE
                                                )
13        v.                                     )
                                                )
14   LIFE INSURANCE COMPANY OF NORTH )
     AMERICA,                                    )
15                                               )
                  Defendant.                      )
16   _____ )

17         At the request of counsel, the Court set an early settlement conference to occur on July 18,

18   2017. (Doc. 11) Thus, the Court **ORDERS**:

19         1.        Unless otherwise permitted in advance by the Court, the attorneys who will try the case

20   shall appear at the Settlement Conference with the parties and the person or persons having full

21   authority to negotiate and settle the case on terms discussed at the conference.  Consideration of

22   settlement is a serious matter that requires preparation prior to the settlement conference.  Set forth

23   below are the procedures the Court will employ, absent good cause, in conducting the conference:

24         a.        **At least 21 days before the settlement conference**, Plaintiff **SHALL** submit to

25   Defendant via fax or e-mail, a written itemization of damages and a meaningful  settlement demand

26   which includes a brief explanation of why such a settlement is appropriate;

27         b.        Thereafter, **no later than 14 days before the settlement conference**, Defendant

28   **SHALL** respond via fax or e-mail, with an acceptance of the offer or with a meaningful counteroffer,

which includes a brief explanation of why such a settlement is appropriate.

      c.      If settlement is not achieved, each party **SHALL** attach copies of their settlement offers to their Confidential Settlement Conference Statement, as described below.  Copies of these documents shall not be filed on the court docket.

      d.      <u>**No later than July 11, 2017**</u>, the parties shall submit, directly to Judge Thurston's chambers by e-mail to JLTOrders@caed.uscourts.gov, a Confidential Settlement Conference Statement.  The statement should not be filed with the Clerk of the Court nor served on any other party, although the parties may file a Notice of Lodging of Settlement Conference Statement.  Each statement shall be clearly marked "confidential" with the date and time of the Settlement Conference indicated prominently thereon;

      e.      The Confidential Settlement Conference Statement shall include the following:

            i.      A brief statement of the facts of the case;

            ii.      A brief statement of the claims and defenses, i.e., statutory or other grounds upon which the claims are founded; a forthright evaluation of the parties' likelihood of prevailing on the claims and defenses; and a description of the major issues in dispute;

            iii.      A summary of the proceedings to date;

            iv.      An estimate of the cost and time to be expended for further discovery, pretrial and trial;

            v.      The relief sought;

            vi.      The party's position on settlement, including present demands and offers and a history of past settlement discussions, offers and demands.

IT IS SO ORDERED.

Dated:  **June 19, 2017**           **/s/ Jennifer L. Thurston**
                                     UNITED STATES MAGISTRATE JUDGE